| Date | Entry |
|---|---|
| 4/30/70 | Filed Motion OF DEF. U.S.A. for Transfer of actions (A-1 through A-8) for consolidated pretrial to Puerto Rico. Affidavit of Philip Silverman also filed; Government's Memorandum of Law and certificate of mailing. |
| 5/X/70 | Entered HEARING ORDER on motion of defendants - 5/22/70 in Washington, D. C. Copies to involved judges, hearing clerk, court reporter; Notice of Hearing to Counsel. |
| 5/11/70 2 | Filed Response of Puerto Rico International Airlines, Inc. in Support of Transfer. |
| 5/11/70 | Filed Order Amending Schedule A to include additional actions (A-9 thru A-23) |
| 5/18/70 3 | Response of Michael J. Hudacek, (M.D. Pa. Cases., No. 70-57; 70-58; 70-61; 70-62; 70-78; 70-79; 70-76; and 70-77.) |
| 5/19/70 | ORDER correcting action number in A3. |
| 5/20/70 | Response of pl. Donna Marie Jafolla (E.D. Pa. & P.R.) |
| 5/22/70 5 | Response of pl. Clifford W. Bergere (Puerto Rico, No. 126-70) |
| 5/27/70 6 | Response of Martin M. Pollock (P.R., No.114-70) |
| 8/6/70 | Filed Opinion of the Panel transferring actions to District of Puerto Rico and assigning them to Judge Weinfeld  ALL INTERESTED PERSONS NOTIFIED  (1 action from S.D.N.Y., 1 from E.D.Pa., 12 from M.D. Pa. |
| 9/16/70 7 | MOTION of Pl. Martin M. Pollock for action of Panel to consolidated No. 401-70 already filed in Puerto Rico with litigation before Judge Weinfeld. |
| 9/17/70 | FIRST NAT'L BANK, ADMR., et al v. U.S., M.D. Penn., No. 70-403<br>MICHAEL J. HUDACEK, EXEC. v. U.S., M.D. Penn., No. 70-404<br>FIRST NAT'L BANK, ADMR., et al v. U.S., M.D. Penn., No. 70-405<br>MICHAEL J. HUDACEK, ADMR. v. U.S., M.D. Penn. No. 70-406<br>CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES |
| 10/5/70 | FIRST NAT"L BANK, ADMR., ET AL. V. U.S., M. PA., NO. 70-403<br>MICHAEL J. HUDACEK, ECEX. V. U. S. M. PA., NO. 70-404<br>FIRST NAT"L BANK, ADMR., ET AL. V. U.S., M.PA., NO. 70-405<br>MICHAEL J. HUDACEK, ADMR. V. U.S., M. PA., NO. 70-406<br>   CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE & TRANSFEROR JUDGES & CLERKS |
| 12/8/70 | Yutaka Ohaski, etc. v. U.S.A., Mass., No. 70-1417-C.  CTO ENTERED TODAY SENT TO ALL COUNSEL (counsel of record) & INVOLVED JUDGES. |
| 12/24/70 | YUTAKA OHASKI, ETC. V. U.S.A., MASS., NO. 70-1417-C.  CTO EFFECTIVE TODAY NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES |
| 5/22/72 8 | MOTION TO REMAND (Plaintiff FALVELLO) w/Affidavit, Statement of Pleadings to be transmitted, memo of Law on Motion for REmand, and Memo. Opinion of Judge Weinfeld. |
| 5/26/72 9 | ~~GREAT~A~EROCAM~MS~RAMCE~CR~AME~~ERTR~ROER~OMT~AORX~~<br>GREAT AMERICAN INSURANCE CO. AND PUERTO RICO INTL. AIRLINES, INC. Response to Motion to Remand w/cert of service |
| 8/1/72 | ORDER-motion for remand to the transferor districts were DENIED as moot. |

316 F.Supp 981

DOCKET NO. 47

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

To PR - J. Weinfeld

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR SAN JUAN, PUERTO RICO ON MARCH 5, 1969

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Great American Insurance Co., etc. v. United States of America *dismissed* | S.D.N.Y. 70 Civ.1006 | | X | 857-70 |
| A-2 | Carlos F. Montilla, etc. v. United States of America *dismissed 8/1/72* | Puerto Rico 102-70 | Cancio | | |
| A-3 | Marie Teresa Pando Gonzalez, etc. v. United States of America *dismissed 8/6/71* | Puerto Rico 236-70 | Badillo | | |
| A-4 | Donna Marie Jafolla, etc. v. United States of America *dismissed* | E.D. Pa. 70-608 | Body | X | 858-70 |
| A-5 | Michael J. Hudacek, etc. v. United States of America *dismissed* | M.D. Pa. 70-55 | | X | 859-70 |
| A-6 | Michael J. Hudacek, etc. v. United States of America *dismissed* | M.D. Pa. 70-56 | | | 860-70 |
| A-7 | First National Bank of Wilkes-Barre, Pa. v. United States of America *dismissed* | M.D. Pa. 70-59 | | | 861-70 |
| A-8 | First National Bank of Wilkes-Barre, Pa. v. United States of America *dismissed* | M.D. Pa. 70-60 | | | 862-70 |
| A-9 | Michael J. Hudacek, etc. v. Puerto Rico International Airlines, Inc., et al. *dism. 4/28/72* | M.D. Pa. 70-57 | | | 863-70 |
| A-10 | Michael J. Hudacek, etc. v. Puerto Rico International Airlines, Inc., et al. *dism 4/28/72* | M.D. Pa. 70-58 | | | 864-70 |
| A-11 | First National Bank of Wilkes-Barre, Pa. v. Puerto Rico International Airlines, Inc., et al. *dismissed 4/28/72* | M.D. Pa. 70-61 | | | 865-70 |
| A-12 | First National Bank of Wilkes-Barre, Pa. v. Puerto Rico International Airlines, Inc., et al. *dism 4/28/72* | M.D. Pa. 70-62 | | | 866-70 |
| A-13 | Michael J. Hudacek, etc. v. Puerto Rico International Airlines, Inc., et al. *dism 4/28/72* | M.D. Pa. 70-78 | | | 867-70 |
| A-14 | Michael J. Hudacek, etc. v. Puerto Rico International Airlines, Inc., et al. *dism 4/28/72* | M.D. Pa. 70-79 | | | 868-70 |
| A-15 | First National Bank of Wilkes-Barre, Pa. v. Puerto Rico International Airlines, Inc. et al. *dism 4/28/72* | M.D. Pa. 70-76 | | | 869-70 |

* 5/22/72 MOTION TO REMAND

DOCKET NO. __47__ - p.2

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR SAN JUAN, PUERTO RICO ON MARCH 5, 1969

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-16 | First National Bank of Wilkes-Barre, Pa. etc. v. Puerto Rico International Airlines, Inc., et al. *dism. 4/28/72* | M.D. Pa. 70-77 | | 8/6/70 | 870-70 |
| A-17 | Donna Marie Jafolla, etc. v. Puerto Rican International Airlines, Inc., et al. *dismissed* | Puerto Rico 104-70 | Cancio | | |
| A-18 | Donna Marie Jafolla, etc. v. Puerto Rican International Airlines, Inc., et al. *dismissed* | Puerto Rico 105-70 | Cancio | | |
| A-19 | Martin M. Pollock, etc. v. Puerto Rico International Airlines, Inc., et al. *dismissed 3/8/73* | Puerto Rico 114-70 | Badillo | | |
| A-20 | Yutaka Ohashi, etc. v. Puerto Rican International Airlines, Inc., et al. *dismissed* | Puerto Rico 125-70 | Cancio | | |
| A-21 | Clifford W. Bergere, etc. v. Puerto Rican International Airlines, Inc., et al. | Puerto Rico 126-70 | Badillo *dismissed 9/10/71* | | |
| A-22 | Evelyn M. Blanchard, etc. v. Puerto Rican International Airlines, Inc., et al. | Puerto Rico 127-70 | Cancio *dismissed 9/3/71* | | |
| A-23 | Edith Robinson Mueller v. Puerto Rico International Airlines, Inc., et al. *dismissed* | Puerto Rico 139-70 | 7/27/71 | | |

| | TAG-ALONG CASES | | | | |
|---|---|---|---|---|---|
| B-1 | First Nat'l Bank of Wilkes-Barre, Pa. v. Puerto Rico Puerto Rico Inter'l Airlines, Inc., etal. *dismissed* | 120-70 | Badillo | | |
| B-2 | First Nat'l Bank of Wilkes-Barre, Pa. v. Puerto Rico Puerto Rico Inter'l Airlines, Inc., etal. *dismissed* | 120-70 | Cancio | | |
| B-3 | Bienvenido Reyes, et al. v. United States Aviation Underwriters, Inc., etal. *dismissed 8/20/74* | Puerto Rico 152-70 | Badillo | | Pending 8/20/74 |
| B-4 | Kirchoff v. Puerto Rico International Airlines, and Great American Insurance Co. | Puerto Rico 161-70 | " | | |

\* 5/22/72 MOTION TO REMAND

DOCKET NO. __47__

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| | TAG-ALONG CASES | | | | |
| B-5 | Michael J. Hudacek etc. v. Puerto Rico International Airlines, Inc., et al | Puerto Rico 123-70 | " | | |
| B-6 | First Nat'l Bank, Admr., et al v. U.S. *dismissed 7/17/70* | M.D. Penn. 70-403 | | 10/5/70 | 878-70 |
| B-7 | Michael J. Hudacek, Exec. v. U.S. *dismissed 7/17/70* | M.D. Penn. 70-404 | | " | 879-70 |
| B-8 | First Nat'l Bank, Admr., et al v. U.S. *dismissed 7/17/70* | M.D. Penn. 70-405 | | " | 880-70 |
| B-9 | Michael J. Hudacek, Admr. v. U.S. *dismissed* | M.D. Penn. 70-406 | | " | 881-70 |
| B-10 | Yutaka Ohashi, etc. v. U.S. *dismissed 12/8/70* | Mass. 70-1417-C | Caffrey | 12/24/70 | 48-71 |
| XYZ-10 | Puerto Rico International Airlines, Inc. v. United States of America *dismissed 7/10/23* | D. Puerto Rico 172-71 | | | |
| XYZ-11 | Edith Bonn, et al v. United States of America *dismissed* | Puerto Rico 16-71 | | | |
| XYZ-9 | Edith Robinson Mueller v. U.S. *dism 7/8/72* | P.R. 72-656-70 | | | |
| ~~XYZ-8~~ | ~~Puerto Rico Inter'l Airlines v. U.S.A.~~ | ~~172-71~~ | | | |
| XYZ-7 | Winnoanh J. Doyle Delcourt, et al. v. United States, et al. *dism 1/29/72* | P.R. 856-70 | | | |
| XYZ-6 | Reyes, et al. v. U.S. *dismissed 8/16/81* | 59-71 | | | *5/22/72 MOTION TO REMAND |
| XYZ-5 | Blanchard v. United States *dism 12/1/71* | P.R. 916-70 | | | |
| XYZ-4 | Bergere v. United States *dismissed 9/10/72* | P.R. 915-70 | | | |
| XYZ-3 | Peter, Ingrid and Gertrude Schuler, and John Webb v. U. S. A. *dism 7/10/72* | P.R. 914-70 | | | |
| XYZ-1 | Martin M. Pollock, et al v. United States | P.R. - No. 401-70 | | | |
| XYZ-2 | Michael J. Hudacek, etc. v. Puerto Rico International Airlines, Inc., et al *dism* | P.R. - No. 122-70 | | | |

DOCKET NO. 47

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR SAN JUAN, PUERTO RICO ON MARCH 5, 1969

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | WALTER E. RUTHERFORD, ESQ<br>Haight, Gardner, Poor & Havens<br>80 Broad Street<br>New York, New York 10004 | Whitney North Seymour, Jr., Esquire<br>United States Attorney<br>United States Courthouse<br>New York, New York 10007 |
| A-2 | Nachman, Feldstein, Gelpi, Antonetti<br>  & Smith<br>Post Office Box 2407<br>San Juan, Puerto Rico 00903 | Blas C. Herrero, Jr., Esquire<br>United States Attorney<br>FEDERAL BLDG.<br>San Juan, Puerto Rico |
| A-3 | Same as A-2 above (Nachman firm) | |
| A-4 | Marshall, Dennehey & Warner<br>Suite 600<br>226 South 16th Street<br>Philadelphia, Pennsylvania 19102 | Louis C. Bechtle, Esquire<br>United States Attorney<br>U.S. District Court<br>Philadelphia, Pennsylvania (*) |
| A-5<br>A-6<br>A-7<br>A-8 | Michael J. Hudacek, Esquire<br>153 West Main Street<br>Plymouth, Pennsylvania 18651<br><br>Arthur D. Dalessandro, Esquire<br>628 United Penn Bank Bldg.<br>Wilkes-Barre, Pennsylvania 18701<br><br>Falvello, Ustynoski, Giuliani<br>    & Bernstein<br>Hazleton National Bank Building<br>Hazleton, Pennsylvania 18201 | S. John Cottone, Esquire<br>United States Attorney<br>Scranton, Pennsylvania<br><br><br>(*) Prinair, Inc.<br>    c/o The Union Corporation<br>    2nd Avenue & 8th Street<br>    New Kinsnigton, Westmoreland<br>        County, Pennsylvania |
| A-9<br>thru<br>A-16 | Same as A-5, 6, 7 & 8 (Hudacek)<br>    (Dellesandro & Falvello Firm) | Philip Silverman, Esquire<br>Trial Attorney<br>Department of Justice<br>Washington, D. C. 20530<br><br><br>Eugene Nogi, Esquire<br>Nogi, O'Malley & Harris<br>420 Miller Building<br>Scranton, Pennsylvania 18503 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-17<br>A-18 | Same as A-4 above (Marshall firm)<br>(Also A-22 below O'Neill firm) | PUERTO RICO INTERNATIONAL AIRLINES, INC.<br>(All Cases)<br>Dechert, Price & Rhoads, Esq.<br>1600 Three Penn Center Plaza<br>Philadelphia, Pa.   19102<br><br>Riechkehoff, Calderon, Vargas<br>   & Arroyo<br>Suite 518, El Imparcial Bldg.<br>San Juan, Puerto Rico   00902<br><br>(for XYZ-8) PL1<br>Samuel T. Cespedes, Esquire<br>McConnell, Valdes, Kelley & Sifre<br>G.P.O. Box 4225<br>San Juan, Puerto Rico   00936 |
| A-19 | W. H. Beckerleg, Esquire   (AIRMAIL)<br>Post Office Box 4931<br>San Juan, Puerto Rico   00905   (*) | |
| A-20 | Walter E. Palmer, Esquire<br>35 Harvard Street<br>Brookline, Massachusetts 02147<br>(Also A-22 below (O'Neill firm) | |
| A-21 | Stephen T. Keefe, Jr., Esquire<br>1359 Hancock Street<br>Quincy, Massachusetts 02169<br>(Also A-22 below (O'Neill firm) | |
| A-22 | Ira D. Feinberg, Esquire<br>40 Court Street<br>Boston, Massachusetts 02108<br><br>O'Neill & Borges, Esquire<br>10th Floor, Chase Manhattan Bank Bldg.<br>Hato Rey, Puerto Rico   00918 | |
| XYZ-9 | Rafeal Martinez Alverez, Jr., Esquire<br>Fafael Martinez Alverez, III, Esquire<br>Jose A. Fernandez Paoli, Esquire<br>Centro de Seguros Bldg., Suite 407<br>701 Ponce de Leon Avenue, Stop 12<br>Miramar, Santurce, Puerto Rico | |
| A-23 | Rafael Martinez Alvarez, Jr., Esq.<br>Rafael Martinez Alvarez, III (SAME AS ABOVE - A-22) | |
| A-19<br>XYZ-1 | Per Request 6/3/70<br>John M. Sikes, Jr., Esquire<br>Lipshutz, Macey, Zusmann & Sikes<br>64 Pryor Street, Northeast<br>Atlanta, Georgia   30303 | |
| XYZ-2 | Same as B-2 | |
| XYZ-3<br>XYZ-7 | Francisco Ponsa Feliu, Wilson F. Colberg<br>Miguel A. Valldejuli, Guillermo Bobonis<br>P.O. Box 3992, San Juan, Puerto Rico   00904 | |

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR SAN JUAN, PUERTO RICO ON MARCH 5, 1969

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1<br>B-2 | Same as A-5, 6, 7 & 8 (Hudacek, Delessandro & Falvello Firm); also<br><br>Gonzalez & Rodrigues<br>Banco Popular Bldg., Suite 904<br>San Juan, Puerto Rico 00901 | |
| B-3 | Frances H. Toro, Esquire<br>Olaguibeet A. Lopez-Pacheco, Esq.<br>Post Office Box 155<br>Hato, Rey, Puerto Rico 00919 | |
| B-4 | SAME AS ABOVE - B-2, Rodrigues AND SAME AS B-1, Hudacek, Delessandro & Falvello Firm) | |
| B-5 | SAME AS ABOVE (B-4) | |
| B-6 | SAME AS A-5,6,7&8 (Hudacek, Dalessandro & Falvello) | SAME AS A-5 (Cottone) |
| B-7 | SAME AS A-6 ABOVE | |
| B-8 | SAME AS A-6 ABOVE | |
| B-9 | SAME AS A-6 ABOVE | |
| B-10 | SAME AS A-20 (Palmer) | Herbert Travers, Jr.<br>U.S. Attorney<br>1107 Post Office & Courthouse Bldg.<br>Boston, Mass. 02109 |
| B̶x̶x̶x̶<br>XYZ-11 | Same as B-1 & 2 (Ganzalez & Rodrigues | |